No. 954. W. D. RENFRO *v.* CHARLES OLENTINE ET AL. April 21, 1919. Petition for a writ of certiorari to the

Supreme Court of the State of Oklahoma denied. *Napoleon B. Maxey* for petitioner. No appearance for respondents.